Elijah H. Marteeny et al., Appellants, v. J. Warner Louth, Commissioner, et al., Appellees.

(Not to be reported in full.)

Appeal from the Circuit Court of Jefferson county; the Hon. J. C. EAGLETON, Judge, presiding. Heard in this court at the October term, 1916. Reversed and remanded with directions. Opinion filed April 13, 1917.

### Statement of the Case.

Bill by Elijah H. Marteeny and others, complainants, against J. Warner Louth, as Commissioner of Highways of the Town of Mt. Vernon, and others, defendants, for an injunction against the further construction of certain roads and to have bonds issued declared invalid, and other relief. From an order, on remandment of the case, refusing to permit the introduction of evidence as to the amount of money received by the defendant Louth on account of such work, in violation of a certain decree theretofore entered adjudging that he should not receive any pay for his own teams used in the work and that he should pay back to the treasurer of the town all money he had received therefor, and a final decree based on such order and readjudging as in the former decree, complainants appeal. For the decision on a former appeal, see 197 Ill. App. 106.

ROBERT M. FARTHING, for appellants.

W. H. GREEN, GEORGE L. ORE and CONRAD SCHUL, for appellees.

MR. PRESIDING JUSTICE MCBRIDE delivered the opinion of the court.

## Abstract of the Decision.

EQUITY, § 513*—*what are requisites of money decree.* Where it is sought to obtain a money decree, the amount must be fixed at a certain specific sum by the decree itself.